**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**August 2, 2026**

_____

**Christopher M. Wolpert**
**Clerk of Court**

In re: RUDY ALEXANDER VILLEDA-MEJIA,

Petitioner.

Case No. 26-1308

_____

**ORDER**

_____

Before **HOLMES**, Chief Judge, and **McHUGH**, Circuit Judge.

_____

This matter comes before the court on Petitioner Rudy Villeda Mejia's "Emergency Application for Writ Enjoining Removal from the United States and Prohibiting Transfer Outside the District of Colorado or Requiring His Return to the District" ("Emergency Application").

The Emergency Application concerns proceedings before the District of Colorado, in which the district court has denied Mr. Villeda Mejia's petition for a writ of habeas corpus. Two motions remain pending in district court: (1) an emergency motion to alter judgment pursuant to Federal Rule of Civil Procedure 59(e), and (2) an emergency motion for a temporary restraining order.

The Emergency Application points to a recent Supreme Court decision for this court's authority to rule on its request. *See A. A. R. P. v. Trump*, 605 U.S. 91, 94 (2025) (holding appellate courts may exercise jurisdiction in the face of a district court's "inaction in the face of extreme urgency and a high risk of serious, perhaps irreparable,

consequences" (internal quotation marks omitted)).  But after Mr. Villeda Mejia filed the Emergency Application, the district court entered a text-only order (Dkt. No. 21) on August 2, 2026, granting the very relief sought from this court in the Emergency Application.  The district court order references the motions pending before it and states that "Respondents SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order."

In light of the district court's action, we deny the Emergency Application.

Entered for the Court

Per Curiam

2

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 03, 2026

Mr. Henry Douglast Hollithron
Hollithron Advocates
4155 E Jewell Avenue, Suite 104
Ste
Denver, CO 80222

**RE:    26-1308, Villeda-Mejia v. Baltazar, et al**
Dist/Ag docket: 1:26-CV-02084-RMR

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Kevin T. Traskos
Elliott Wertheim

CMW/klp